ALBERT L. POTTER and FRANK POTTER, appellants,

| 46b | 609 |
|---|---|
| 52 | 566 |

*v.*

URIAH S. HOLLISTER, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Potter* v. *Hollister, 18 Stew. Eq. 508.*

*Mr. Frank Bergen,* for the appellants.

*Mr. John P. Stockton,* for the respondent.

Bolton *v.* Pitney.

PER CURIAM.

Decree affirmed, for the reasons given in the court below.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GARRISON, MAGIE, REED, VAN SYCKEL, BROWN, CLEMENT, COLE, SMITH, WHITAKER—11.

*For reversal*—None.